FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 11 2016 ★

BROOKLYN OFFICE

# CV 15-7343

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2265

**BRODIE, J.**

**BLOOM, M.J.**

**DOUGLAS C. PALMER**
Clerk of Court

Freddie Johnson 11A0773
Otisville Correctional Facilitty
57 Sanitorium Road P.O. Box 8
Otisville, NY 10963-0008

Date: **DEC 29 2015**

Docket Number: <u>15</u>CV <u>9557 (LAP)</u> Transfer Order

Dear Litigant:

The Clerk's Office received the enclosed papers on <u>12/18/2015</u>. A docket number has been assigned to your submission. The papers are deficient for one or more of the following reasons checked below. Please read this list carefully to correct any mistakes or omissions in your papers. If you decide to proceed with your action, you must return the enclosed papers **WITHIN 14 DAYS FROM THE DATE OF THIS LETTER.** If you do not comply, your case will not proceed.

☐ Papers, including complaints, petitions, motions or any other document, cannot be filed without an <u>original signature</u> pursuant to Rule 11 of the Federal Rules of Civil Procedure. Your original signature is needed wherever an "X" appears.

☑ A total fee of $400 (consisting of $350 civil action filing fee and a $50 administrative fee) [in cash, if submitted in person] or by certified check or money order made payable to the Clerk of Court, U.S.D.C.,E.D.N.Y., is required in order to commence a civil action other than an application for a writ of habeas corpus or a motion under 28 U.S.C. § 2255 - or - you may request to waive the $350 filing fee by completing an IFP application pursuant to 28 U.S.C. § 1915; if the application is granted the administrative fee will not apply. If you are a prisoner, you must also complete the Prisoner Authorization form along with the IFP application. An IFP application and/or Prisoner Authorization form is enclosed.

☐ Each plaintiff named in the caption must <u>sign</u> the complaint and each plaintiff must complete a separate IFP application and/or Prisoner Authorization form, if applicable. An IFP application and/or Prisoner Authorization form for each plaintiff named in the caption is enclosed.

☐ Your IFP application does not contain enough information for the Court to consider your request. Please complete the enclosed IFP application. If you are presently incarcerated, please complete the enclosed Prisoner Authorization form as well as the IFP application.

☑ Other: PLEASE COMPLETE AND RETURN ENCLOSED PLRA.

Sincerely,

*Brenna B. Mahoney*

Chief Deputy for Court Operations

Enclosure(s)
rev. 4/20/15

OTISVILLE CORRECTIONAL
P.O. BOX 8
OTISVILLE, NEW YORK 10963

NAME: Freddie Johnson    DIN: 11A0773



Brenna B. Mahoney
Chief Deputy for Court Operations
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

LEGAL CORRESPONDENCE

11201183299