OTISVILLE CORRECTIONAL FACILITY
P.O. BOX 8
OTISVILLE, NEW YORK 10963
NAME: Freddie Johnson DIN: 11A0713

LEGAL CORRESPONDENCE

11201183299

neopost 03/09/2016
US POSTAGE $000.48
ZIP 10963
041L11251097

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201