UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

FREDDIE JOHNSON AKA FRANKIE JOHNSON,
DIN #11A0733

                                                  Plaintiff,     **NOTICE OF APPEARANCE**

              -against-                         15-CV-7343 (MKB) (LB)

CHARLES HYNES, ESQ.; KENNETH P. THOMPSON,
ESQ., (Former and Current Kings County District
Attorneys); LYNN W.L. FAHEY, ESQ., (Appellate
Advocates); APRIL AGOSTINO, Clerk of Court;
Appellate Division Second Judicial Department; (et al.),

                                                  Defendants.

------------------------------------------------------------------------ x

          **PLEASE TAKE NOTICE** that **Kaitlin Fitzgibbon**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for interested party, Office of the Corporation Counsel. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:    New York, New York
            March 30, 2016

                                            ZACHARY W. CARTER
                                            Corporation Counsel of the City of New York
                                            *Attorney for Defendant City of New York*
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 356-5057

                                      By:     /s/_____
                                                      Kaitlin Fitzgibbon
                                                      *Assistant Corporation Counsel*

cc:      Freddie Johnson
          *Plaintiff pro se*

11A0773
Otisville Correctional Facility
57 Sanitorium Road
P.O. Box 8
Otisville, NY 109